UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Agustin Lagarreta-Acosta, Plaintiff<br>v.<br>Todd Blanche, et al., Defendants | Case No. 2:26-cv-02254-CDS-DJA<br>**Order Granting the Petition for Writ of Habeas Corpus and Denying as Moot the Motion for Temporary Restraining Order**<br>[ECF Nos. 1, 2] |

Petitioner Augustin Lagarreta-Acosta filed a petition for writ of habeas corpus and a motion for temporary restraining order, challenging his immigration detention as unlawful. Pet., ECF No. 1; Mot., ECF No. 2. On August 25, 2026, the parties appeared for a hearing to discuss the merits of this challenge. At the hearing, the court found that the petitioner was challenging his detention, not his removability.[1] It also ruled that the petitioner is entitled to a bond hearing under the Immigration and Naturalization Act because the Due Process Clause guarantees that noncitizens who are detained may contest the constitutionality of their detention. In reaching this ruling, the court relied on and now incorporates the analysis set forth in *Novac v. Bernacke*, 2026 WL 1623191 (D. Nev. June 5, 2026).

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus **[ECF No. 1] is granted**, and the motion for temporary restraining order **[ECF No. 2] is denied as moot**.

IT IS FURTHER ORDERED that the petitioner must be given a bond hearing within 48 hours of the August 25th hearing—that is, by 11:00 a.m. on August 27, 2026.

[1] The transcript of this proceeding is incorporated herein.

IT IS FURTHER ORDERED that the respondents must file a notice of compliance with this court order by 12:00 p.m. on August 28, 2026. The notice must advise when the bond hearing took place and specific findings of the immigration judge.

Dated: August 25, 2026

_________________________________
Cristina D. Silva
United States District Judge