UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Augustin Lagarreta-Acosta, Petitioner v. Todd Blanche, et al., Respondents | Case No. 2:26-cv-02254-CDS-DJA **Order Granting Emergency Motion to Compel** [ECF No. 16] |

On August 26, 2026, this court ordered that the petitioner receive a bond hearing by August 27, 2026 at 11:00 a.m., and that the respondents bore the burden of proving by clear and convincing evidence that the petitioner posed a danger to the community or a risk of flight. Order, ECF No. 15; Mins., ECF No. 14. Contrary to my order, no such hearing was provided, so the petitioner filed an emergency motion to enforce the August 25th order. Emerg. mot., ECF No. 16. Therein, the petitioner asks this court to again order that he be given a bond hearing where the government must meet their burden demonstrating that he is danger to the community or a risk of flight. *See* ECF No. 16. In the alternative, the petitioner requests that I order his immediate release. *Id.*

There was no reason for the petitioner to have to file this emergency motion, much less for the court spend finite resources resolving it. Yet, non-compliance with my August 25th order required both. The evidence before the court reveals the petitioner is challenging his detention, *not his removal.* It further reveals that he came to this country as a minor with his mother and then overstayed his tourist visa. The petitioner has primary custody of his four-year-old daughter, has no criminal history, has filed for asylum, and is trying to adjust his status. The failure to comply with court orders is always unacceptable; in this case, it's particularly so.

IT IS THEREFORE ORDERED that the emergency motion to enforce **[ECF NO. 16] is GRANTED.** The petitioner must receive a hearing by 12:00 p.m. on August 31, 2026, at which time, the government must prove by convincing evidence that the petitioner posed a danger to the community or a risk of flight. If the petitioner does not receive a bond hearing by that deadline, or the immigration court against declines to follow this and my August 25, 2026 order, then the petitioner is ordered to be released immediately.[1]

IT IS FURTHER ORDERED that the federal respondents must file a declaration with court advising that the immigration court was advised of this and the August 25, 2026, stating if the petitioner received the bond hearing as ordered, and the outcome of that bond hearing no later than August 31, 2026 at 5:00 p.m. If my orders are again disregarded, the federal respondents must file declaration stating the date and time of petitioner's release.

Dated: August 27, 2026

Cristina D. Silva
United States District Judge

[1] To be clear, immediately means within hours, not days.